UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD C. FITZPATRICK,

    Plaintiff,

v.                                                                  Case No: 5:19-cv-623-Oc-30PRL

ROBERT WILKIE and DEPARTMENT
OF VETERANS AFFAIRS,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 9) and Plaintiff's objection (Dkt.10).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's objection and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. 9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    Plaintiff's Motion to Proceed *in forma pauperis* (Dkt. 2) is DENIED.

3.    Plaintiff's Amended Complaint is DISMISSED.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of March, 2020.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record